**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2352**

———————

WALTER LEE WHITAKER,

          Plaintiff - Appellant,

     v.

NASH-ROCKY MOUNT BOARD OF EDUCATION, d/b/a Nash-Rocky Mount
Public Schools; ROBBIN BODDIE-HAGGINS,

          Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:12-cv-00623-BO)

———————

Submitted:  March 25, 2014          Decided:  March 27, 2014

———————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter Lee Whitaker, Appellant Pro Se.   Dan M. Hartzog, Jr.,
Donna Rhea Rascoe, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh,
North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lee Whitaker appeals the district court's order granting summary judgment to defendants on his claim of retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Whitaker v. Nash-Rocky Mount Bd. of Educ., No. 5:12-cv-00623-BO (E.D.N.C. Oct. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED